# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JASON MADISON,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **CIVIL ACTION FILE NO.** |
| v. ) | **1:25-cv-04517-MHC-LRS** |
| ) | |
| **ROBERTSON, ANSCHUTZ,** ) | |
| **SCHNEID, CRANE, PARTNERS PLLC** ) | |
| **and GEORGIA DEFAULT** ) | |
| **GROUP LLC** ) | **JURY TRIAL DEMANDED** |
| ) | |
| *Defendants*. ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice. Each party will bear his or its own costs. This stipulation may be filed by any party without further notice.

This 23rd day of December, 2025.

/s/ J. Stephen Mixon
J. Stephen Mixon
Georgia Bar No. 514050
Attorney for Plaintiff
THE MIXON LAW FIRM
3344 Peachtree Street, Suite 800
Atlanta, Georgia 30326
Phone: 770-955-0100
steve@mixon-law.com

(Signatures Continued on Next Page.)

/s/Clifford M. Weiss
Clifford M. Weiss
Georgia Bar No. 746473
Attorney for Plaintiff
Fox and Weiss, P.A.
5 Concourse Pkwy., Ste. 3000
Atlanta, Georgia 30328
Phone: 770-317-1767
cmweiss@foxweiss.com

Fisher & Phillips, LLP
/s/ Patrick L. Lail
Patrick L. Lail
Georgia Bar No.  431101
1230 Peachtree Street NE Suite 3300
Atlanta, Georgia 30309
Phone:(404)582-8428
plail@fisherphillips.com

Wayne Y. Campbell
Georgia Bar No. 919899
1230 Peachtree Street NE
Atlanta, Georgia 30309
Phone:(404)582-8428
wcampbell@fisherphillips.com